UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ROBLES,

          Plaintiff,

    v.

FEDERAL DEPOSIT INSURANCE CORPORATION; and DOES 1-50, inclusive,

          Defendants.
_____/

NO. CIV. S-09-1615 LKK/EFB

O R D E R

By order of July 30, 2009, this court dismissed plaintiff's complaint without prejudice. The court noted that plaintiff's counsel is no longer eligible to practice law.

Plaintiff is hereby GRANTED 90 days from the date of this order to file an amended complaint. The status conference currently set for September 8, 2009 at 11:00 a.m. is CONTINUED to December 21, 2009 at 1:30 p.m. The Clerk of the Court is directed to mail a copy of this order and of the order dismissing plaintiff's complaint (Doc. No. 7) directly to plaintiff at the following address:

////

////

1

1       Jose Robles

2       1441 McDermott Drive

3       Tracy, CA 95376

4 IT IS SO ORDERED.

5 DATED:  August 5, 2009.

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT