UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ROBLES,

        Plaintiff,

   v.

FEDERAL DEPOSIT INSURANCE
CORPORATION; and DOES 1-50,
inclusive,

        Defendants.
                                   /

NO. CIV. S-09-1615 LKK/EFB

O R D E R

On July 30, 2009, the court dismissed plaintiff's complaint without prejudice, noting that plaintiff's counsel was not eligible to practice law. On August 5, 2009, the court ordered that plaintiff shall file an amended complaint in ninety (90) days. No amended complaint has been filed. On February 24, 2010, the court held a status conference, to which no party attended or filed a status report.

For the foregoing reasons, the court orders that plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 2, 2010.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1